AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Western District of Texas

United States of America
v.

(1) Susana Guadian, (2) Dianne Guadian,
(3) Daniel Guadian and (4) Manuel Valenzuela

_____
*Defendant(s)*

)
)
)
)
)
)
)

Case No. **EP-25-M-04855-MAT (1-4)**

# CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 1, 2024 through October 17, 2024  in the county of  El Paso  in the
Western  District of  Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 8 U.S.C. §§ 1324 (a) (1)(A)(v)(I), (a)(1)(A)(ii) & (a) (1)(B)(i) | Conspiracy to Transport Aliens |
| Count 2: 18 U.S.C. § 2 & 8 U.S.C. §§1324(a)(2)(B)(ii) | Aiding and Abetting Bring Aliens to the United States for Financial Gain |

This criminal complaint is based on these facts:

See Attached Affidavit

■ Continued on the attached sheet.

Complaint sworn to telephonically on
August 29, 2025  at  09:53 PM  and signed
electronically. FED.R.CRIM.P. 4.1(b)(2)(A)

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date:    08/29/2025

City and state:  El Paso, Texas

_____
*Complainant's signature*

Arain Carrera, US Border Patrol Agent
*Printed name and title*

_____
*Judge's signature*

Miguel A. Torres, U.S. Magistrate Judge
*Printed name and title*

## Facts

Beginning on or about May 1, 2024, and continuing until on or about October 18, 2024, in the Western District of Texas and elsewhere, Defendant 1, Susana Guadian, organized and recruited drivers for an alien smuggling organization that specialized in trafficking alien minor children. Defendant 3, Daniel Guadian, (Defendant 1's husband) would help coordinate the transport of the alien minor children from Defendant 1, in Ciudad Juarez, Chihuahua, Mexico. Defendant 2, Dianne Guadian (Daughter of Defendant 1) would pick up the alien minor children from the drivers at commercial locations, or a local apartment complex in El Paso, Texas, along with Defendant 4, Manuel Valenzuela, who would provide the rest of the payment to the drivers upon delivery in El Paso.

On or about, August 14, 2024, United States Border Patrol Agents (BPAs) at the Ysleta Border Patrol Checkpoint, located in the Western District of Texas, disrupted an alien smuggling scheme involving a juvenile male alien (alien minor 1, or AM1). Involved other person 1, was attempting to smuggle AM1, who was 13 years old, past the Ysleta checkpoint. AM1 was confirmed to be an alien to the United States without any documents that would allow him to enter or remain in the United States legally.

Through investigative techniques, Special Agents with Homeland Security Investigations (HSI) discovered that on August 13, 2024, Co-Conspirator 1 (CC1)[1] crossed into the United States from Mexico with AM1, at the Paso Del Norte Port of Entry (PDN), which is located in the Western District of Texas. CC1 used CC1's own child's documents to illegally smuggle AM1 into the United States. Agents learned from CC1 that CC1 smuggled alien minor children into the United States from Mexico on three (3) occasions. CC1 was paid per minor that CC1 smuggled.

During a search of CC1's cellular phone, Agents observed multiple photos of suspected alien minors. The photos were consistent with 'proof of life' photos commonly taken by alien smugglers. Agents also observed the below photos, one photo that depicted AM1, and another photo that appeared to be a different juvenile male.

   

---

[1] CC1 would later be federally convicted for CC1's role in this alien smuggling scheme.

1

Agents learned from CC1 that CC1 picked up AM1 in the Republic of Mexico from DEFENDANT 1, Susana Guadian. CC1 was paid to smuggle the juveniles into the United States from Mexico by Defendant 1's alien smuggling organization. After CC1 successfully crossed AM1 into the United States, CC1 took AM1 to Defendant 2, Dianne Guadian, at a location in downtown El Paso, Texas. Defendant 2 took over the transportation of AM1.

On or about October 17, 2024, Co-Conspirator 2 (CC2)[2], and Co-Conspirator 3 (CC3),[3] applied for admission into the United States at the Bridge of the Americas Port of Entry in El Paso, Texas, located in the Western District of Texas.

CC2 drove a black in color sedan with CC3 as front passenger and traveling with them were four minor children (alien minor 2, age 9, alien minor 3, age 12, alien minor 4, age 5, and juvenile 1, age 2, here after referred to as AM2, AM3, AM4, and J1). Both CC2 and CC3 presented Texas Identification Cards bearing their photograph and biographical information, and State of Texas Birth Certificates on behalf of the minor children.

During the ensuing immigration inspection, CC2 falsely claimed to be the parent of AM2. CC3 falsely claimed to be the parent of AM3, and AM4. CC3 is the true parent of J1. An inspecting officer later learned that AM2, AM3, and AM4 were aliens to the United States without permission to be in or remain in the United States.

In Passport Control Secondary (PCS), pictures of CC2's children were displayed on CC2's phone, which did not match AM2. Secondary Officers asked CC2 who the children CC2 was traveling with were, and CC2 admitted they were not CC2's children.

Agents learned from CC2 that CC2 was using CC2's son's State of Texas Birth Certificate as AM2's entry document to smuggle him into the United States. Agents also learned from CC2 that CC2 was to be compensated $900 USD to bring AM2 into the United States and had been paid money upfront by Defendant 4, Manuel Valenzuela. While in Mexico, Defendant 3, Daniel Guadian, placed AM2, AM3 and AM4, into CC2's vehicle. Defendant 4 arranged to meet CC2 in El Paso, Texas. Agents viewed photographic evidence from the port of entry that confirmed Defendant 4 crossed into the United States through the Bridge of the Americas Port of Entry twenty-four minutes prior to CC2 and CC3. Below is a picture of Defendant 4 entering the United States on October 17, 2024.

---

[2] CC2 would later be federally convicted for CC2's role in this alien smuggling scheme.
[3] CC3 would later be federally convicted for CC3's role in this alien smuggling scheme.



Agents also learned from CC2 that this was CC2's third time smuggling aliens into the United States for Defendant 1's alien smuggling organization. CC2 had been compensated $900 USD for each child CC2 had smuggled.

Agents confirmed that CC3 had presented State of Texas Birth Certificates belonging to CC3's actual children, for the two children CC3 was attempting to smuggle into the United States (AM3, and AM4). Agents learned from CC3 that CC3 was to be compensated with money for bring AM3 and AM4 into the United States. Agents learned that CC3 previously smuggled about seven (7) children into the United States for Defendant 1's alien smuggling organization. CC3 had picked up AM2, AM3 and AM4 from Defendant 1, Susana Guadian, who coordinated the smuggling attempt. Defendant 1, Susana Guadian, had coached the children on what name they were to assume to make entry into the United States. Defendant 1 gave AM2, AM3, and AM4 THC gummy candy while in Juarez to sedate them. Agents learned from CC3 that CC3 and CC2 were supposed to contact Defendant 2, Dianne Guadian to coordinate a drop-off location in El Paso, Texas.

Agents were able to confirm the information about the THC gummies. While in secondary, AM2, AM3, and AM4 were evaluated by Emergency Medical Services (EMS). AM3 stated to EMS that he did not ingest the gummies that were given to sedate him, but that he threw them on the floor in the secondary inspection area. CBP Officers recovered the gummies from secondary and utilized a Duquenois-Levine Reagent System Test Kit E "Cannabis" to test a piece of the gummy which produced positive results. AM2, and AM4 were transported to a nearby hospital, evaluated, and diagnosed with Ingestion of Unknown Drug and Marijuana Poisoning. The photos below show the children at the port on October 17, 2024, and the THC gummies recovered that same day.

3




Agents were also able to view CC2's cellphone. Below is a screenshot of CC-2's cellphone that depicts a conversation between CC-2 and person believed to be Defendant 1 Susana Guadian. The selected conversation is from October 17, 2024.



In the selected conversation, "Ella", who is believed to be Defendant 1, messaged CC2, "Mija vas a trabajar hoy tu. Tengo un nino de 7 y 8 estan chaparritos." ("Young lady are you working today. I have a boy 7 and 8 they are small."). CC2 sends and unknown audio response. Defendant 1 responds, "tambien Fanny tengo dos nina de

4 y 5." ("Also Fanny, I have two little girls ages 4 and 5.") CC2 responds by stating "okay esta bien." ("Okay that's fine.").

Because this Affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation. It should be noted, however, that cooperators provide information in the hopes of receiving a benefit from the Government, often, a reduction in sentence.

_____
Arain Carrera
US Border Patrol Agent

_____
Miguel A. Torres
United States Magistrate Judge